IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GARLAND MICHAEL GREEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-02-2678 |
| | § | |
| | § | |
| ANTHONY K. WYNNE, *in his individual* | § | |
| *and official capacities*, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The attached Court's Instructions to the Jury at Conclusion of Trial was charged to the jury on even date and is to be entered in the record.

SIGNED on August 19, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge