# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| GARLAND MICHAEL GREEN, <br> (TDCJ-CID #1038743) | § <br> § <br> § | |
| Plaintiff, | § <br> § | |
| vs. | § <br> § | CIVIL ACTION H-02-2678 |
| ANTHONY K. WYNNE, *in his individual and official capacities,* | § <br> § <br> § <br> § | |
| Defendant. | § | |

## ORDER

In light of the mediation scheduled for September 21, 2009, the deadline for the plaintiff to file posttrial motions is extended to October 21, 2009. The defendant will respond by November 11, 2009.

SIGNED on September 15, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge