IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GARLAND MICHAEL GREEN, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. H-02-2678 |
| | § |
| | § |
| ANTHONY K. WYNNE, in his individual | § |
| and official capacities, | § |
| | § |
| Defendant. | § |

**ORDER**

This civil action, filed under 28 U.S.C. § 2254, was dismissed, with prejudice, after it settled in a mediation conducted by Magistrate Judge Milloy in 2009. Almost two years later, the plaintiff, Garland Michael Green, moves to be transferred to a prison facility that offers him a four-year college degree. He asserts it was part of the settlement agreement.

The record does not support his assertion. The record shows that part of the settlement agreement called for Green to be transferred from the Coffield Unit, but no specific reason or purpose was identified. There is no basis to conclude that Green was to be housed at a facility that gives a four-year college program. This court has no ability to enforce such a settlement term.

The motion to transfer, Docket Entry No. 235, is denied.

SIGNED on January 4, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge